# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

__Ahmed Khamari__ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Travelzoo, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Travelzoo, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __Aug 16__, 2011

_Ahmed Khamari_
Movant Signature

__Ahmed Khamari__
Printed Name

**TRANSACTIONS OF AHMED KHAMARI IN SECURITIES OF TRAVELZOO INC.**

COMMON STOCK
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 4/25/2011 | $100.00 | 500 |
| 4/25/2011 | $100.26 | 500 |
| 4/25/2011 | $100.75 | 500 |
| 4/25/2011 | $101.50 | 500 |
| 4/25/2011 | $102.00 | 500 |
| 4/25/2011 | $102.48 | 500 |
| 4/25/2011 | $102.49 | 500 |
| 4/25/2011 | $102.50 | 500 |
| 4/25/2011 | $101.00 | 3000 |
| 4/25/2011 | $102.77 | 1000 |
| 4/26/2011 | $100.49 | 500 |
| 4/26/2011 | $101.00 | 1000 |
| 7/20/2011 | $85.90 | 400 |
| 7/20/2011 | $85.82 | 600 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 4/21/2011 | $92.00 | 200 |
| 4/21/2011 | $92.00 | 800 |
| 4/25/2011 | $101.40 | 500 |
| 4/25/2011 | $101.40 | 500 |
| 4/25/2011 | $101.41 | 500 |
| 4/25/2011 | $101.41 | 500 |
| 4/25/2011 | $101.70 | 500 |
| 4/25/2011 | $101.70 | 500 |
| 4/25/2011 | $102.60 | 500 |
| 4/25/2011 | $102.60 | 0 |
| 4/25/2011 | $102.20 | 500 |
| 4/25/2011 | $102.60 | 1000 |
| 4/25/2011 | $102.10 | 500 |
| 4/25/2011 | $101.70 | 500 |
| 4/25/2011 | $100.86 | 500 |
| 4/25/2011 | $100.40 | 500 |
| 4/25/2011 | $100.27 | 500 |
| 4/25/2011 | $102.70 | 15 |
| 4/26/2011 | $90.00 | 500 |
| 4/26/2011 | $90.00 | 1000 |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

RAJEEV VIRMANI (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Travelzoo, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Travelzoo, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/12/_____, 2011

_____
Movant Signature
RAJEEV VIRMANI
Printed Name

**TRANSACTIONS OF RAJEEV VIRMANI IN SECURITIES OF TRAVELZOO INC.**

COMMON STOCK
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 5/3/2011 | $75.5000 | 5000 |
| 5/3/2011 | $75.7000 | 5200 |
| 5/4/2011 | $74.2500 | 800 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 8/8/2011 | $40.5500 | 2100 |
| 8/8/2011 | $40.5100 | 300 |
| 8/8/2011 | $40.5000 | 775 |
| 8/8/2011 | $40.4100 | 800 |
| 8/8/2011 | $40.4000 | 200 |
| 8/8/2011 | $40.3700 | 100 |
| 8/8/2011 | $40.3000 | 1395 |
| 8/9/2011 | $41.6720 | 100 |
| 8/9/2011 | $41.6700 | 800 |
| 8/9/2011 | $41.6600 | 400 |
| 8/9/2011 | $41.6400 | 100 |
| 8/9/2011 | $41.4913 | 115 |
| 8/9/2011 | $41.4350 | 400 |
| 8/9/2011 | $41.4100 | 500 |
| 8/9/2011 | $41.3602 | 2001 |
| 8/9/2011 | $41.3600 | 59 |
| 8/9/2011 | $43.0000 | 5000 |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_____Nancy A. Heinrich_____ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Travelzoo, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Travelzoo, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __August 9__, 2011

_____
Movant Signature

__Nancy A. Heinrich__
Printed Name

**TRANSACTIONS OF NANCY A. HEINRICH IN SECURITIES OF TRAVELZOO INC.**

COMMON STOCK
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 4/26/2011 | $90.1500 | 975 |
| 4/26/2011 | $88.9099 | 125 |
| 4/26/2011 | $87.8500 | 150 |
| 4/26/2011 | $87.5937 | 500 |
| 4/28/2011 | $84.4200 | 250 |
| 5/2/2011 | $78.8499 | 100 |
| 5/17/2011 | $64.3399 | 150 |
| 6/21/2011 | $58.4799 | 400 |
| 6/30/2011 | $64.1499 | 590 |
| 7/8/2011 | $72.7499 | 410 |
| 7/14/2011 | $74.8899 | 250 |
| 7/21/2011 | $59.4999 | 250 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 5/18/2011 | $68.9700 | 150 |
| 7/22/2011 | $61.3000 | 250 |
| 7/27/2011 | $59.5911 | 3750 |

__Joyce A. Gyenes__ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Travelzoo, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Travelzoo, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __August 19__, 2011

_____
Movant Signature

__Joyce A. Gyenes__
Printed Name

**TRANSACTIONS OF JOYCE A. GYENES IN SECURITIES OF TRAVELZOO INC.**

COMMON STOCK
ACCOUNT 3082
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 4/26/2011 | $101.5000 | 1000 |
| 7/5/2011 | $72.7700 | 67 |
| 7/19/2011 | $87.7500 | 700 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 7/28/2011 | $57.3000 | 767 |
| 6/14/2011 | $57.2500 | 1000 |

ACCOUNT 5465
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 4/26/2011 | $101.5200 | 1000 |
| 7/19/2011 | $87.7500 | 1000 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 6/14/2011 | $57.2500 | 1000 |
| 7/28/2011 | $57.3500 | 1000 |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

__Mary Bucaria__ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Travelzoo, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Travelzoo, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __Aug 16__, 2011

_____
Movant Signature

__MARY BUCARIA__
Printed Name

**TRANSACTIONS OF MARY T. BUCARIA IN SECURITIES OF TRAVELZOO INC.**

COMMON STOCK
Purchases

| Purchase Date | Purchase Price | Number of Shares |
|---|---|---|
| 7/19/2011 | $89.0000 | 4000 |

Sales

| Sale Date | Sale Price | Number of Shares |
|---|---|---|
| 7/22/2011 | $61.0200 | 2000 |