# EXHIBIT B

**LOSSES OF THE TRAVELZOO INVESTORS GROUP IN TRAVELZOO INC. SECURITIES**

### Losses of Ahmed Khamari in Securities of Travelzoo Inc.

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/6/2011 | $79.75 | 200 | $15,950.00 | 4/21/2011 | $92.00 | $18,400.40 | $2,450.40 |
| 4/6/2011 | $81.37 | 800 | $65,094.40 | 4/21/2011 | $92.00 | $73,601.60 | $8,507.20 |
| 4/25/2011 | $100.00 | 500 | $50,000.00 | 4/25/2011 | $101.40 | $50,701.00 | $701.00 |
| 4/25/2011 | $100.26 | 500 | $50,128.00 | 4/25/2011 | $101.40 | $50,701.00 | $573.00 |
| 4/25/2011 | $100.75 | 500 | $50,375.00 | 4/25/2011 | $101.41 | $50,706.00 | $331.00 |
| 4/25/2011 | $101.50 | 500 | $50,750.00 | 4/25/2011 | $101.41 | $50,706.00 | ($44.00) |
| 4/25/2011 | $102.00 | 500 | $50,998.00 | 4/25/2011 | $101.70 | $50,851.00 | ($147.00) |
| 4/25/2011 | $102.48 | 500 | $51,240.00 | 4/25/2011 | $101.70 | $50,851.00 | ($389.00) |
| 4/25/2011 | $102.49 | 500 | $51,245.00 | 4/25/2011 | $102.60 | $51,300.00 | $55.00 |
| 4/25/2011 | $102.50 | 485 | $49,712.50 | 4/25/2011 | $102.60 | $49,761.00 | $48.50 |
| 4/25/2011 | $102.50 | 15 | $1,537.50 | 4/25/2011 | $102.20 | $1,533.00 | ($4.50) |
| 4/25/2011 | $101.00 | 485 | $48,984.03 | 4/25/2011 | $102.20 | $49,567.00 | $582.97 |
| 4/25/2011 | $101.00 | 1000 | $100,998.00 | 4/25/2011 | $102.60 | $102,600.00 | $1,602.00 |
| 4/25/2011 | $101.00 | 500 | $50,499.00 | 4/25/2011 | $102.10 | $51,050.00 | $551.00 |
| 4/25/2011 | $101.00 | 500 | $50,499.00 | 4/25/2011 | $101.70 | $50,850.00 | $351.00 |
| 4/25/2011 | $101.00 | 500 | $50,499.00 | 4/25/2011 | $100.86 | $50,430.00 | ($69.00) |
| 4/25/2011 | $101.00 | 15 | $1,514.97 | 4/25/2011 | $100.40 | $1,506.00 | ($8.97) |
| 4/25/2011 | $102.77 | 485 | $49,843.45 | 4/25/2011 | $100.40 | $48,694.00 | ($1,149.45) |
| 4/25/2011 | $102.77 | 500 | $51,385.00 | 4/25/2011 | $100.27 | $50,135.00 | ($1,250.00) |
| 4/25/2011 | $102.77 | 15 | $1,541.55 | 4/25/2011 | $102.70 | $1,540.50 | ($1.05) |
| 4/26/2011 | $100.49 | 500 | $50,245.00 | 4/26/2011 | $90.00 | $45,000.00 | ($5,245.00) |
| 4/26/2011 | $101.00 | 1000 | $100,998.00 | 4/26/2011 | $90.00 | $90,000.00 | ($10,998.00) |
| 7/20/2011 | $85.90 | 400 | $34,359.60 | held* | $36.75 | $14,700.07 | ($19,659.53) |
| 7/20/2011 | $85.82 | 600 | $51,493.20 | held* | $36.75 | $22,050.11 | ($29,443.09) |
| | | | | | | **Total Losses** | **($52,655.52)** |
| | | | | | | **Dura Losses** | **($38,145.02)** |

### Losses of Rajeev Virmani in Securities of Travelzoo Inc.

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 5/3/2011 | $75.50 | 855 | $64,552.50 | 8/9/2011 | $43.00 | $36,765.00 | ($27,787.50) |
| 5/3/2011 | $75.50 | 59 | $4,454.50 | 8/9/2011 | $41.36 | $2,440.24 | ($2,014.26) |
| 5/3/2011 | $75.50 | 2001 | $151,075.50 | 8/9/2011 | $41.36 | $82,761.76 | ($68,313.74) |
| 5/3/2011 | $75.50 | 500 | $37,750.00 | 8/9/2011 | $41.41 | $20,705.00 | ($17,045.00) |
| 5/3/2011 | $75.50 | 400 | $30,200.00 | 8/9/2011 | $41.44 | $16,574.00 | ($13,626.00) |
| 5/3/2011 | $75.50 | 115 | $8,682.50 | 8/9/2011 | $41.49 | $4,771.50 | ($3,911.00) |
| 5/3/2011 | $75.50 | 100 | $7,550.00 | 8/9/2011 | $41.64 | $4,164.00 | ($3,386.00) |
| 5/3/2011 | $75.50 | 400 | $30,200.00 | 8/9/2011 | $41.66 | $16,664.00 | ($13,536.00) |
| 5/3/2011 | $75.50 | 570 | $43,035.00 | 8/9/2011 | $41.67 | $23,751.90 | ($19,283.10) |
| 5/3/2011 | $75.70 | 230 | $17,411.00 | 8/9/2011 | $41.67 | $9,584.10 | ($7,826.90) |
| 5/3/2011 | $75.70 | 100 | $7,570.00 | 8/9/2011 | $41.67 | $4,167.20 | ($3,402.80) |
| 5/3/2011 | $75.70 | 1395 | $105,601.50 | 8/8/2011 | $40.30 | $56,218.50 | ($49,383.00) |
| 5/3/2011 | $75.70 | 100 | $7,570.00 | 8/8/2011 | $40.37 | $4,037.00 | ($3,533.00) |
| 5/3/2011 | $75.70 | 200 | $15,140.00 | 8/8/2011 | $40.40 | $8,080.00 | ($7,060.00) |
| 5/3/2011 | $75.70 | 800 | $60,560.00 | 8/8/2011 | $40.41 | $32,328.00 | ($28,232.00) |
| 5/3/2011 | $75.70 | 775 | $58,667.50 | 8/8/2011 | $40.50 | $31,387.50 | ($27,280.00) |
| 5/3/2011 | $75.70 | 300 | $22,710.00 | 8/8/2011 | $40.51 | $12,153.00 | ($10,557.00) |
| 5/3/2011 | $75.70 | 1300 | $98,410.00 | 8/8/2011 | $40.55 | $52,715.00 | ($45,695.00) |
| 5/4/2011 | $74.25 | 800 | $59,400.00 | 8/8/2011 | $40.55 | $32,440.00 | ($26,960.00) |
| | | | | | | **Total Losses** | **($378,832.30)** |
| | | | | | | **Dura Losses** | **($378,832.30)** |

### Losses of Nancy A. Heinrich in Securities of Travelzoo Inc.

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/26/2011 | $90.15 | 975 | $87,896.25 | 7/27/2011 | $59.59 | $58,101.37 | ($29,794.88) |

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/26/2011 | $88.91 | 125 | $11,113.74 | 7/27/2011 | $59.59 | $7,448.89 | ($3,664.84) |
| 4/26/2011 | $87.85 | 150 | $13,177.50 | 7/27/2011 | $59.59 | $8,938.67 | ($4,238.83) |
| 4/26/2011 | $87.59 | 500 | $43,796.87 | 7/27/2011 | $59.59 | $29,795.57 | ($14,001.30) |
| 4/28/2011 | $84.42 | 250 | $21,105.00 | 7/27/2011 | $59.59 | $14,897.79 | ($6,207.21) |
| 5/2/2011 | $78.85 | 100 | $7,884.99 | 7/27/2011 | $59.59 | $5,959.11 | ($1,925.88) |
| 5/17/2011 | $64.34 | 150 | $9,650.99 | 5/18/2011 | $68.97 | $10,345.50 | $694.51 |
| 6/21/2011 | $58.48 | 400 | $23,391.96 | 7/27/2011 | $59.59 | $23,836.46 | $444.50 |
| 6/30/2011 | $64.15 | 590 | $37,848.44 | 7/27/2011 | $59.59 | $35,158.78 | ($2,689.66) |
| 7/8/2011 | $72.75 | 410 | $29,827.46 | 7/27/2011 | $59.59 | $24,432.37 | ($5,395.09) |
| 7/14/2011 | $74.89 | 250 | $18,722.48 | 7/27/2011 | $59.59 | $14,897.79 | ($3,824.69) |
| 7/21/2011 | $59.50 | 250 | $14,874.98 | 7/22/2011 | $61.30 | $15,325.00 | $450.03 |
|  |  |  |  |  |  | **Total Losses** | **($70,153.35)** |
|  |  |  |  |  |  | **Dura Losses** | **($70,847.86)** |

### Losses of Joyce A. Gyenes in Securities of Travelzoo Inc.

ACCOUNT 3082:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/26/2011 | $101.50 | 1000 | $101,500.00 | 6/14/2011 | $57.25 | $57,250.00 | ($44,250.00) |
| 7/5/2011 | $72.77 | 67 | $4,875.59 | 7/28/2011 | $57.30 | $3,839.10 | ($1,036.49) |
| 7/19/2011 | $87.75 | 700 | $61,425.00 | 7/28/2011 | $57.30 | $40,110.00 | ($21,315.00) |
|  |  |  |  |  |  | **Total Losses for Account** | **($66,601.49)** |
|  |  |  |  |  |  | **Dura Losses for Account** | **($22,351.49)** |

ACCOUNT 5465:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/26/2011 | $101.52 | 1000 | $101,520.00 | 6/14/2011 | $57.25 | $57,250.00 | ($44,270.00) |
| 7/19/2011 | $87.75 | 1000 | $87,750.00 | 7/28/2011 | $57.35 | $57,350.00 | ($30,400.00) |
|  |  |  |  |  |  | **Total Losses for Account** | **($74,670.00)** |
|  |  |  |  |  |  | **Dura Losses for Account** | **($30,400.00)** |

|  |  |
|---|---|
| **Total Losses for All Accounts** | **($141,271.49)** |
| **Total Dura Losses for All Accounts** | **($52,751.49)** |

### Losses of Mary T. Bucaria in Securities of Travelzoo Inc.

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 7/19/2011 | $89.00 | 2000 | $178,000.00 | held* | $36.75 | $75,446.92 | ($102,553.08) |
| 7/19/2011 | $89.00 | 2000 | $178,000.00 | 7/22/2011 | $61.02 | $122,040.00 | ($55,960.00) |
|  |  |  |  |  |  | **Total Losses** | **($158,513.08)** |
|  |  |  |  |  |  | **Dura Losses** | **($158,513.08)** |

|  |  |
|---|---|
| **Total Losses of Travelzoo Investors Group** | **($801,425.74)** |
| **Dura Losses of Travelzoo Investors Group** | **($699,089.75)** |

* The holding value of $36.75018 was calculated by averaging the closing price
of each trading day from the day immediately after initial disclosure through 10/11/11.