UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDY WANG, derivatively on behalf of )
TRAVELZOO, INC., )
  )
                            Plaintiff, ) Civil Action No. 1:11-CV-05531-GBD
  )
v. ) Civil Action No. 1:11-cv-6125 - GBD
  )
RALPH BARTEL, HOLGER BARTEL, )
WAYNE LEE, DAVID J. EHRLICH, )
DONOVAN NEALE-MAY, KELLY M. URSO, ) **MOTION TO ADMIT COUNSEL**
and CHRISTOPHER LOUGHLIN, ) ***PRO HAC VICE***
  )
                          Defendants, )
  )
and )
  )
TRAVELZOO, INC., )
               Nominal Defendant. )

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniella Quitt a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Brett D. Stecker

    Firm Name:    The Weiser Law Firm, P.C.

    Address:    121 N. Wayne Avenue, Suite 100

    City/State/Zip:    Wayne, Pennsylvania 19087

    Phone Number:    610-225-2677

    Fax Number:    610-255-2678

Brett D. Stecker is a member in good standing of the Bar of the States of Pennsylvania and New Jersey. Pennsylvania Bar No. 86242. There are no pending disciplinary proceedings against Brett D. Stecker in any State or Federal court.

Dated:  November 4, 2011
        New York, New York

                                              Respectfully submitted,

                                              HARWOOD FEFFER LLP

                                              */s/ Daniella Quitt*
                                              Daniella Quitt
                                              488 Madison Avenue
                                              New York, NY 10022
                                              Phone Number: (212) 935-7400
                                              Fax Number: (212) 753-3630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY WANG, derivatively on behalf of TRAVELZOO, INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>RALPH BARTEL, HOLGER BARTEL, WAYNE LEE, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, and CHRISTOPHER LOUGHLIN,<br><br>                             Defendants,<br><br>and<br><br>TRAVELZOO, INC.,<br>                         Nominal Defendant. | Civil Action No. 1:11-CV-05531-GBD<br><br>**AFFIDAVIT OF DANIELLA QUITT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

State of New York  )
                        )
County of New York  )

       Daniella Quitt, being duly sworn, hereby deposes and says as follows:

       1.    I am a member of the firm of Harwood Feffer LLP, counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Brett D. Stecker as counsel *pro hac vice* to represent plaintiff in this matter.

       2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with this Court.

       3.    I have known Brett D. Stecker since 2007.

4.  Mr. Stecker is an attorney at The Weiser Law Firm, P.C., in Wayne, Pennsylvania. A copy of his certificate of good standing is attached hereto as Exhibit A.

5.  I have found Mr. Stecker be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Brett D. Stecker, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Brett D. Stecker, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Brett D. Stecker, *pro hac vice*, to represent plaintiff in the above captioned matter, be granted.

Respectfully submitted,

*Daniella Quitt*
Daniella Quitt

Sworn to before me this
4th day of November, 2011.

*[Notary signature]*
Notary Public
RIFKIN GLASS
Notary Public, State of New York
No. 01GL4707485
Qualified in New York County
Commission Expires July 31, 2013

2

EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Brett D. Stecker, Esq.

**DATE OF ADMISSION**

*November 8, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 2, 2011

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY WANG, derivatively on behalf of TRAVELZOO, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>RALPH BARTEL, HOLGER BARTEL, WAYNE LEE, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, and CHRISTOPHER LOUGHLIN,<br><br>                                  Defendants,<br><br>and<br><br>TRAVELZOO, INC.,<br>                         Nominal Defendant. | Civil Action No. 1:11-cv-6125 - GBD<br>Civil Action No. 1:11-CV-05531-GBD<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon motion of Daniella Quitt, attorney for plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brett D. Stecker |
| Firm Name: | The Weiser Law Firm, P.C. |
| Address: | 121 N. Wayne Avenue, Suite 100 |
| City/State/Zip: | Wayne, Pennsylvania 19087 |
| Telephone/Fax: | 610-225-2677 |
| Email Address: | bds@weiserlawfirm.com |

is admitted to practice *pro hac vice* as counsel for Judy Wang in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November __, 2011
      New York, New York

 

_____
United States District/Magistrate Judge