USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE TRAVELZOO INC.                    11 **CIVIL** 5531 (GBD)
SECURITIES LITIGATION                   11 **CIVIL** 6845 (GBD)

-----------------------------------------------------------X     **JUDGMENT**

Defendants having moved to dismiss the Consolidated and Amended Class Action Complaint ("CAC") pursuant to Fed. R. Civ. P. 12(b)(6) and P.S.L.R.A. Section 9(b), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 29, 2013, having rendered its Memorandum Decision and Order granting Defendants' motion to dismiss, and dismissing the Consolidated and Amended Class Action Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2013, Defendants' motions to dismiss are granted and the Consolidated and Amended Class Action Complaint is dismissed.

**Dated:** New York, New York
March 29, 2013

**RUBY J. KRAJICK**
_____
Clerk of Court

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____